IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,                    )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>   vs.                             )<br>                                   )<br> DIAZ,                             )<br>                                   )<br>            Defendant.             )<br>                                   ) | No. C 07-00922 JW (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a California inmate, has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On March 27, 2007, the Court issued an Order to Show Cause directing plaintiff to show cause why this action should not be dismissed without prejudice to bringing in a paid complaint pursuant to 28 U.S.C. § 1915(g); see Andrews v. King, 398 F.3d 1113, 1120-21 (9th Cir. 2005). The Court ordered Plaintiff to respond no later than April 30, 2007, and advised plaintiff that "FAILURE TO FILE A RESPONSE BY APRIL 30, 2007 OR FAILURE TO PAY THE FULL FILING FEE WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PLAINTIFF."

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.07\Weaver00922_1915dismissal.wpd

1   The deadline has since passed, and plaintiff has not filed any response.
2   Accordingly, this case is DISMISSED without prejudice to refiling the claims if
3   plaintiff pays the filing fee.

6   DATED:   June 11, 2007

         JAMES WARE
         United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.07\Weaver00922_1915dismissal.wpd       2